NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAHRS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1034

---

Appeal from the United States Court of International Trade in case no. 07-CV-0343, Judge Gregory W. Carman.

---

**ON MOTION**

---

## ORDER

Kahrs International, Inc. moves without opposition to have transferred to this court certain exhibits from the United States Court of International Trade for use at oral argument in this court.

Kahrs requests that this court direct the Court of International Trade to transfer the following exemplars: (1) Exhibit #12 [CD containing ITRAC Report], (2) Defendant's Exhibit H – Two boxes containing physical samples of the imported merchandise, (3) Enclosures

C-1, C-6, C-11, C-15 and C-25 [five flooring samples], submitted as part of the 2nd Supplement of Thomas J. Colgan (Plaintiff's Exhibit #1) in connection with Plaintiff's Motion for Summary Judgment with regard to its 8th Cause of Action, and (4) Enclosure A [a sample of lumber core plywood] to Declaration of Erick Forholt, submitted as Plaintiff's Exhibit #2 in connection with Plaintiff's Motion for Summary Judgment with regard to its 8th Cause of Action.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred to the merits panel assigned to hear this case.

(2) A copy of this order, the motion and any responses shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

__JUN 2 0 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carl D. Cammarata, Esq.
     Mikki Cottet, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK